UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 12-20951-CIV-MORENO

UNITED STATES OF AMERICA *ex rel.*
STEPHEN M. BEAUJON,

        Plaintiff and Relator,

vs.

PLAZA HEALTH NETWORK, *et al.*,

        Defendants.

_____/

### FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the order granting Relator's motion for attorneys' fees and costs, judgment is entered in favor of the Relator Stephen M. Beaujon and against Defendants Arch Plaza Properties, Inc., Arch Plaza, Inc., Aventura Plaza, Inc., Hebrew Home Sinai, Inc., Hebrew Home of North Dade, Inc., Hebrew Home of South Beach, Inc., Hebrew Homes Management Services, Inc., Hebrew Homes of Miami Beach, Inc., Jackson Plaza, Inc., Plaza Health Network, Ponce Plaza Properties, Inc., Ponce Plaza, Inc., South Beach Nursing and Rehabilitation Center, Inc., South Beach Plaza, Inc., and William Zubkoff for $677,471.25 in attorneys' fees, of which $495,685.75 is attributable to work done by Morgan Verkamp, LLC and the remaining $181,785.50 is attributable to work done by O'Quinn Stumphauzer & Slocum PL.

The Court will also award $6,869.28 in costs of which $6,315.82 are attributable to costs incurred by Morgan Verkamp, LLC and the remaining $553.46 are attributable to costs incurred by O'Quinn Stumphauzer & Slocum PL.  The total attorneys' fees and costs equal **$684,340.53**. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.  For which sum let

execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of November

2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record